## IN THE UNITED STATES DITRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL J. HOYT,                                )<br>                                                        )<br>                  Plaintiff,               )<br>                                                        )<br>v.                                                      )<br>                                                        )<br>CITY OF FORT SCOTT, KANSAS      )<br>and the following individually and in their  )<br>official capacity (as indicated):           )<br>City Commissioners (current and formerly )<br>Seated 2/19),                                     )<br>DAVE MARTIN, (former) City Manager,  )<br>TRAVIS SHELTON, (current) Chief of      )<br>Police, BRIAN THURSTON, (former)       )<br>Detective FSPD, CALEB BELL,            )<br>(current) Officer FSPD                        )<br>                                                        )<br>                  Defendants.               )<br>_____ ) | Case No. |

### NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1446
### (From the District Court of Bourbon County, Kansas)

COMES NOW defendants City of Fort Scott, Kansas, and pursuant to 28 U.S.C. § 1446 file this Notice of Removal of the above cause from the District Court of Bourbon County, Kansas (Sixth Judicial District), where the case in now pending, to the United States District Court for the District of Kansas.

As grounds for removal, the defendants state:

1.     This civil action alleges a violation of plaintiff's federal constitutional rights pursuant to 42 U.S.C. § 1983, in particular the Fourth Amendment. It was initially filed in the Sixth Judicial District, Bourbon County, Kansas, bearing Case No. BB-2023-CV-000024, where the case is now pending. Defendant City of Fort Scott, Kansas, was served. A true and correct copy of the Petition and Summons is attached hereto as Exhibit A.

2.      No part of this case has been tried or finally determined. This Notice of Removal is filed within thirty (30) days after receipt by the defendants of the initial pleadings.

3.      The District Court of the United States has original jurisdiction of the above-captioned action pursuant to 28 U.S.C. § 1331 in that the action arises under the Constitution and laws of the United States, and pursuant to 28 U.S.C. § 1343 in that this action includes claims under 42 U.S.C. § 1983, to redress the alleged deprivation (under color of state law) of rights, privileges, and immunities secured by the Constitution of the United States.

4.      A copy of this Notice of Removal is being filed with the Clerk of the District Court of Bourbon County, Kansas, and has been served upon plaintiff as indicated on the attached Certificate of Service.

5.      At this time, the City of Fort Scott, Kansas, is the only defendant in this case that has been served.

Respectfully submitted,

/s/ Edward L. Keeley
Edward L. Keeley, #09771
Matthew A. Gorney, #26001
MCDONALD, TINKER, P.A.
300 West Douglas, Suite 500
Wichita, Kansas 67202
T:  (316) 263-5851
F:  (316) 263-4677
E:  ekeeley@mcdonaldtinker.com
E:  mgorney@mcdonaldtinker.com
*Attorneys for Defendant*
        *City of Fort Scott, Kansas*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2023, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to Plaintiff.  In addition, a true and accurate copy of the foregoing was served via U.S. Mail, postage prepaid, upon the following:

Michael J. Hoyt
PO Box 1009
Fort Scott, KS  66701
*Plaintiff Pro Se*

/s/ Edward L. Keeley
Edward L. Keeley