IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL J. HOYT,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**CITY OF FORT SCOTT, KANSAS,**  )<br>and the following individually and in their  )<br>official capacity: **CITY COMMISSIONERS**  )<br>(current and formerly Seated 2/19), **DAVE**  )<br>**MARTIN** (former City Manager), **TRAVIS**  )<br>**SHELTON** (current Chief of Police), **BRIAN**  )<br>**THURSTON** (former Detective FSPD) and  )<br>**CALEB BELL** (current Officer FSPD),  )<br>)<br>**Defendants.**  )<br>_____) | CIVIL ACTION<br><br>No. 23-2132-KHV |

## MEMORANDUM AND ORDER AND ORDER TO SHOW CAUSE

On February 21, 2023, in the District Court of Bourbon County, Kansas, plaintiff filed suit against the City of Fort Scott, Kansas, current and former City Commissioners, and various former City officials, alleging violations of his rights under the Fourth Amendment of the U.S. Constitution and state law. See 42 U.S.C. § 1983; 28 U.S.C. § 1343. On March 24, 2023, the City removed the case to this Court.

Plaintiff alleges that City police officers unlawfully used his personal identifiable information that the Unified School District No. 234 disclosed to them. The Honorable Holly L. Teeter dismissed a similar action that plaintiff filed against the school district. See Order (Doc. #17) filed December 7, 2022 in Hoyt v. USD 234 Fort Scott, D. Kan. No. 22-2387-HLT.

This matter is before the Court on Defendant's Motion To Dismiss (Doc. #7), which the City filed March 31, 2023. Plaintiff did not respond to the City's motion to dismiss. If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as

uncontested and ordinarily grant it without further notice. See D. Kan. R. 7.1(c). For this reason and for substantially the reasons stated in the Memorandum In Support Of Defendant City Of Fort Scott, Kansas's Motion To Dismiss (Doc. #8) filed March 31, 2023, the Court sustains defendant's motion. The Court dismisses plaintiff's complaint against the City of Fort Scott, Kansas for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

On or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former City Commissioners, Dave Martin, Travis Shelton, Brian Thurston and Caleb Bell should not be dismissed for failure to state a claim on which relief can be granted.

**IT IS THEREFORE ORDERED** that Defendant's Motion To Dismiss (Doc. #7) filed March 31, 2023 is **SUSTAINED. The Court dismisses plaintiff's claims against the City of Fort Scott, Kansas for failure to state a claim on which relief can be granted.**

**IT IS FURTHER ORDERED that on or before June 16, 2023, plaintiff shall show good cause in writing why his claims against the current and former City Commissioners, Dave Martin, Travis Shelton, Brian Thurston and Caleb Bell should not be dismissed for failure to state a claim on which relief can be granted.**

Dated this 8th day of June, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge