IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MICHAEL J. HOYT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 23-2132-KHV |
| **CITY OF FORT SCOTT, KANSAS,** ) | |
| and the following individually and in their ) | |
| official capacity: CITY COMMISSIONERS ) | |
| (current and formerly Seated 2/19), DAVE ) | |
| MARTIN (former City Manager), TRAVIS ) | |
| SHELTON (current Chief of Police), BRIAN ) | |
| THURSTON (former Detective FSPD) and ) | |
| CALEB BELL (current Officer FSPD), ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MEMORANDUM AND ORDER**

On February 21, 2023, in the District Court of Bourbon County, Kansas, plaintiff filed suit against the City of Fort Scott, Kansas, current and former City Commissioners, and various former City officials, alleging violations of his rights under the Fourth Amendment of the U.S. Constitution and state law. See 42 U.S.C. § 1983; 28 U.S.C. § 1343. On March 24, 2023, the City removed the case to this Court. On June 8, 2023, the Court dismissed plaintiff's claims against the City of Fort Scott, Kansas for failure to state a claim on which relief can be granted. See Memorandum And Order And Order To Show Cause (Doc. #9). The Court also ordered that on or before June 16, 2023, plaintiff show good cause in writing why his claims against the current and former City Commissioners, Dave Martin, Travis Shelton, Brian Thurston and Caleb Bell should not be dismissed for failure to state a claim on which relief can be granted. See id.

Plaintiff did not respond to the Court's order to show cause. For this reason and for substantially the reasons stated in the Memorandum In Support Of Defendant City Of Fort Scott,

Kansas's Motion To Dismiss (Doc. #8) filed March 31, 2023, the Court dismisses plaintiff's claims against the current and former City Commissioners, Dave Martin, Travis Shelton, Brian Thurston and Caleb Bell for failure to state a claim on which relief can be granted.

**IT IS THEREFORE ORDERED** that plaintiff's claims against the current and former City Commissioners, Dave Martin, Travis Shelton, Brian Thurston and Caleb Bell are dismissed for failure to state a claim on which relief can be granted.

**The Clerk is directed to enter judgment in favor of all defendants**.

Dated this 10th day of July, 2023 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge